# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Antwaun Sanders | ) | Case No. 18-11934 |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Judge Donald R. Cassling |

## NOTICE OF MOTION

TO:

Thomas Hooper, Trustee (via electronic notice)

United States Trustee (via electronic notice)

Antwaun Sanders, 4227 W. Fillmore St., Chicago, IL 60624

See attached service list

PLEASE TAKE NOTICE that on November 18, 2021, at 9:30 a.m., I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present the motion to Vacate the Dismissal Order, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/Xiaoming Wu
Borges and Wu, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 1951 McConnor Pkwy, Schaumburg, IL 60173, on November 11, 2021 before 6:00 p.m., except that the trustee, U.S. Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ __Xiaoming Wu___

SERVICE LIST

Advance America
d/b/a Advance America and Advance
2828 S. 17th St. Unit B
Broadview, IL 60155

Alamo Rent A Car
P.O. Box 22776
Fort Lauderdale, FL 33335

Americredit
P.O. Box 183853
Arlington, TX 76096

AmeriCredit/GM Financial
Po Box 183853
Arlington, TX 76096

Arnold Scott Harris, P.C.
111 W. Jackson Blvd
Ste 600
Chicago, IL 60604

AT&T
PO Box 806
Norwell, MA 02061-0806

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Beverly Bus Garage Fed Credit Union
1702 E. 103rd St.
Chicago, IL 60617-5642

Charlotte Hogan
567 W. Lake St.
Chicago, IL 60661

Chase
Attention:  Banktruptcy Department
P.O. Box 36520
Louisville, KY 40233

Chase Bank

Bankruptcy Department
P.O. Box 36520
Louisville, KY 40233

Citibank
P.O. Box 2036
Warren, MI 48090-2036

City of Chicago
Dep't of Administrative Hearings
740 N. Sedgewick Street
Chicago, IL 60654

City of Chicago
Dept of Revenue
P.O. Box 88292
Chicago, IL 60680-1292

City of Chicago Corporate Counselor
121 N. LaSalle Street
Suite 600
Chicago, IL 60602

City of Chicago Dept. of Finance
PO Box 6330
Chicago, IL 60680

ComEd
3 Lincoln Center
Attn: Bkcy Group-Claims Department
Oakbrook Terrace, IL 60181

Consumer Portfolio Svc
Attn: Bankruptcy
19500 Jamboree Rd
Irvine, CA 92612

eCAST Settlement Corp
POB 29262
New York, NY 10087-9262

Enterprice Rent A Car Company
CT Corporation System
208 S. LaSalles St. Ste. 814

Chicago, IL 60604

Fifth Third Bank
38 Fountain Square
Cincinnati, OH 45263

First Loan Financial
11238 N. Ashland Ave
Chicago, IL 60622

First Premier Bank
601 S Minneaplois Ave
Dious FDalls, SD 57104

Fst Premier
601 S Minneapolis Ave
Sioux Falls, SD 57104

Gm Financial
Po Box 181145
Arlington, TX 76096

Great America Finance
Attn: Bankruptcy
20 N. Wacker Dr. Ste. 2275
Chicago, IL 60606

Hertz Corporation
PO Box 121056
Dallas, TX 75312

Illinois Department of Revenue
Bankruptcy Section
P.O.Box 64338
Chicago, IL 60664-0338

Illinois Tollway
Attn: Violation Administration Cent
2700 Ogden Avenue
Downers Grove, IL 60515-1703

Internal Revenue Serivce
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems

PO Box 953185
Saint Louis, MO 63195

Kimberly J. Weissman
633 Skokie Blvd. Ste 400
Northbrook, IL 60062

Liberty Mutual
18927 Kilrory Dr.
Mokena, IL 60448

MB Financial
6111 N. River Road
Rosemont, IL 60018

Money Lion
885 Teanek Road
Teaneck, NJ 07666

Northwest Collectors
3601 Algonquin Rd  Ste 232
Rolling Meadows, IL 60008

Pinnacle Credit
Attn:  Bankruptcy
PO Box 640
Hopkins, MN 55343

Secretary of State
Safety & Financial
2701 S. Dirksen Parkway
Springfield, IL 62723

Sprint
P.O. Box 4191
Carol Stream, IL 60197

Suisse Bancorp
1000 Jorie Blvd., Suite 20
Oak Brook, IL 60523

US BANK
1959 BURNS AVENUE
Saint Paul, MN 55108

Verizon Wireless

11601 Roosevelt Blvd.
Saint Petersburg, FL 33716

Village of Forest Park
517 Desplaines Ave
Forest Park, IL 60160

Village Of Wilmett
1200 Wilmette Ave.
Wilmette, IL 60091

Wakefield & Assoc.
PO Box 58
Fort Morgan, CO 80701

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Antwaun Sanders | ) | Case No. 18-11934 |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Judge Donald R. Cassling |

## MOTION TO VACATE ORDER DISMISSING CHAPTER 13 CASE

The debtor, by and through counsel, and in support of his Motion to Vacate Order Dismissing Chapter 13 Case pursuant to Fed. R. Bankr. P. 9023., states to the court as follows:

1. The court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The debtor filed a petition for relief and a plan under Chapter 13 of the Bankruptcy Code on April 24, 2018.

4. The debtor's Chapter 13 plan was confirmed on October 25, 2018.

5. The case was dismissed on 10/28/2021 on the trustee's motion for failure to tender the debtor's 2020 tax return.

6. The debtor's counsel received the 2020 federal income tax return on 11/05/21 and is forwarding it to the trustee.

WHEREFORE, the debtor request that the court vacate the Order Dismissing Chapter 13 Case entered on October 28, 2021 and grant the debtor such other relief as just and proper.

Respectfully submitted,

/s/Xiaoming Wu
Borges and Wu, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200